# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FAUSTINO CORONA,<br><br>   Petitioner,<br><br>  v.<br><br>VICTOR ALMAGER, Warden,<br><br>   Respondent. | No. CV 08-1393-ABC (AGR)<br><br>**JUDGMENT** |

  Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

  IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 4, 2011

               _____
                 AUDREY B. COLLINS
               UNITED STATES DISTRICT JUDGE